UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN THOMAS FALVEY, | ) | Case No.: 3:23-CV-00117-RCJ-CLB |
| Plaintiff, | ) ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |
| v. | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 5[1]) entered on May 12, 2023, recommending that the Court dismiss this action without prejudice.  No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case and enter judgment accordingly.

**IT IS SO ORDERED**.

Dated this 8th day of June 2023.

_____
ROBERT C. JONES
Senior United States District Judge